# UNITED STATES DISTRICT COURT
Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

CLERK'S NOTICE

☐ **FILED**
Jan 31, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

☐ REPLY TO:
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☐ REPLY TO:
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Ray Brown, G-59434
CSATF/SP - Corcoran
P.O. 5242
Corcoran, CA 93212

Number: N/A

RE: Pleadings and/or Correspondence received on: 1/5/22

1:22-mc-00019-SAB

**E-FILING**: Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

_____    1/5/22
Deputy Clerk        Date

ATTN: CLERK OF COURT

PLEASE SEE DECLARATION ATTACHED HERETO



RECEIVED
JAN 31 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

DECLARATION OF RAY BROWN

I, RAY BROWN DECLARE.

1. I AM AN INMATE CDCR#G59434 CURRENTLY HOUSED AT SUBSTANCE ABUSE TREATMENT FACILITY IN CORCORAN CALIFORNIA. I AM HOUSED ON DELTA FACILITY.

2. ON JANUARY 5, 2022 I SUBMITTED A 42 U.S.C. § 1983 COMPLAINT TO THE EASTERN DISTRICT COURT OF CALIFORNIA. ON 1-23-22 I RECIEVED THE COMPLAINT BACK UNFILED WITH INSTRUCTIONS TO FILE COMPLAINT VIA E-FILE.

3. DELTA FACILITY IS CURRENTLY ON QUARANTINE FOR REASON RELATED TO COVID AND I HAVE NO ACCESS TO LAW LIBRARY OR STAFF TO OBTAIN E-FILE FORMS OR FILE VIA E-FILE. THE LAW LIBRARY ON DELTA FACILITY IS CLOSED AND WILL REMAIN CLOSED UNTIL FURTHER NOTICE.

4. FOR THE PREVIOUS 6 MONTHS DELTA FACILITY HAS BEEN PLACED ON MODIFIED PROGRAM WHICH ONLY ALLOW INMATES WITH PRIORITY LEGAL USER (PLU) STATUS ACCESS TO THE LAW LIBRARY.

5. FOR THE PAST 6 MONTHS IT HAS BEEN VIRTUALLY IMPOSSIBLE TO ACCESS THE LAW LIBRARY ON DELTA FACILITY DUE TO MINIMUM CAPACITY AND (PLU) USERS BEING THE ONLY INMATES PROVIDED ACCESS. FOR THE PAST WEEK THE LAW LIBRARY HAS BEEN COMPLETELY CLOSED AND REMAINS THIS WAY TO DATE.

6. I AM NOT A (PLU) APPROVED INMATE SO EVEN WHEN THE LAW LIBRARY IS OPEN I AM STILL DENIED ACCESS.

7. I CURRENTLY HAVE NO ACCESS TO LAW LIBRARY TO OBTAIN THE APPROPRIATE DOCUMENTS AND LEGAL FORMS NECCESSARY TO FILE MY COMPLAINT VIA E-FILE BECAUSE I AM ON QUARANTINE AS WELL AS THE ENTIRE DELTA FACILITY

1.

8. I CURRENTLY DO NOT HAVE ANY OTHER METHODS TO FILE MY COMPLAINT OTHER THAN BY SENDING IT THROUGH MAIL BECAUSE STAFF, ~~AND~~ LAW LIBRARY, AND LEGAL FORMS ARE CURRENTLY UNAVAILABLE.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE U.S THAT THE FOREGOING TO TRUE AND CORRECT AND I AM WILLING AND COMPETENT TO TESTIFY TO THE ABOVE IN ANY COURT OF LAW. I EXECUTE THIS DECLARATION ON THIS 26 DAY OF JANUARY 2022, IN CORCORAN CALIFORNIA.

_____
RAY BROWN # 659

2.

RAY BROWN
CSATF/SP @ CORCORAN
POST OFFICE BOX 5242
CORCORAN, CALIFORNIA 93212
CDCR I.D. NO: G-59434

In propria persona

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BROWN,<br>  PLAINTIFF,<br><br>v.<br><br>J. CURRY<br>  DEFENDANT | CASE NO: _____<br><br>COMPLAINT PURSUANT TO<br>42 U.S.C. §1983 |

## JURISDICTION

1)   This action is brought pursuant to 42 U.S.C. §1983 jurisdiction proper under 28 U.S.C.. §1331 & 1343.

## VENUE

2)   All of the conduct giving rise to this claim alleged herein arose in Kings County of California. Therefore, venue is proper under 28 U.S.C. §1391(B)(2).

## INTRODUCTION

3)   This set of claims and for damages brought under federal laws against a prison officer for violation of Plaintiffs right to be free from retaliation protected by the First Amendment of the U.S. Constitution. Specifically, the Defendant retaliated on Plaintiff by submitting false disciplinary charges because Plaintiff had previously filed a complaint agianst him. The Defendant also inflicted physical injuries to Plaintiff by subjecting him to tight handcuffs for hours.

PAGE 1 OF 6

RECEIVED
JAN 05 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Y_____DEPUTY CLERK

## STATEMENT OF FACTS

4) On April 16, 2021, during yard release, Correctional Officer's Williams and Curry were walking door to door ordering inmates to "hurry up". Several inmates including myself was still getting dressed due to yard be announced late and unexpected. When Officer's Williams and Curry approached my door Officer Curry said, "Hurry up Brown" I replied, "I didn't get any warning and they haven't been running yard lately so I was not expecting it." Officer Curry then said "can't argue with that." Shortly after, Officer Williams said "hurry up and put your make-up on Brown," then he and Officer Curry began laughing. As the laughter continued Officer Curry stated "yeah, he needs alot of foundation." and the laughter persisted. During that moment I felt disrespected, offended, and humiliated so I hurried up and went outside. On my way outside I told Officer Williams, "I'm going to report you to PREA (Prison Rape Elimination Act), he shrugged his shoulder and said, "What am I supposed to be scared, do what you have to do."

5) On April 17, 2021, I submitted a CDCR 602 Grievance complaint aginst Officers Williams and Curry for sexual harassment regarding what transpired on 4/16/21. I was escorted to the program office by Correctional Sergeant Acosta and was interviewed by Investigative Service Unit Officer Palafox.

6) On April 20, 2021, as I was returning from morning pill call Officer Curry approached me agressively and began yelling "you filed a PREA on me you fucking bitch." I backed away but Officer Curry continued to get in my face and said "turn the fuck around and cuff up." Officer Curry placed me in handcuffs so

that both of my wrists immediately became numb and I could no longer feel sensation in my hands. Officer Curry escorted me agressively to the program office and said, "I'm going to write your ass up for this" while pushing me so forcefully I nearly fell to the ground. I was placed in the program office holding cell and Curry left the handcuffs on me. I respectfully asked him, "These cuffs are too tight and hurts bad can you remove them or at least lossen them?" Officer Curry ignored me and left the room area. I remained in the holding cell for over an hour and a half in severe pain and discomfort. I was then interviewed by Officer Palafox in which he instructed an officer to take off the handcuffs and told them that I should of never had them on. My wrists were red, swollen and had deep marks on them from the handcuffs being so tight so I went to medical for care but was refused treatment. I was later taken to medical by Sergeant Acosta but was not provided proper care so I notified my mother.

7) On April 21, 2021, my mother Corolyn Brown contacted prison officials complaining about the previous events and medical failure to provide me care. I was then called to the program office interviewed by Correctional Lieutenant Irvin. Following the interview, Lieutenant Irvin sent me to medical for further care in which I was examined by Nurse Mata.

8) The following day on April 22, 2021, I was called to the program office and served with a Rules Violation Report (RVR) submitted by Officer Curry alleging that on 4/20/21 Inmate Brown stated to me "I'm going to file a PREA charge against you for searching my cell."

9) On May 5, 2021, the Senior Hearing Officer (SHO) Lieutenant

PAGES 3 OF 6

R. Moreno conducted the disciplinary hearing regarding the RVR submitted by Officer Curry against me. During the hearing I asked Officer Curry "Did you approach me asking if I had made a PREA allegations after Officer Williams had informed you that I had?" Officer Curry answered "Yes." I then asked Officer Curry, "When did you search my cell?" He answered "April 16, 2021."

10) Lieutenant R. Moreno then dismissed all charges against me and stated in his findings "Subject filed a grievance on 4/17/21, against Officers Curry and Williams, which was prior to this RVR. In the interest of justice SHO elects to find subject not guilty/ case dismissed."

11) Despite the dismissal of the RVR, I still suffered from wrist injuries and being humiliated by Officer Curry in front of the entire prison population and afraid to file grievances out of fear of retaliation. To date, I experience pain in both of my wrist and have permanent scars.

## CASUE OF ACTION

12) Plaintiff refers to and incorporates by reference herein the allegations of papagraphs 1 through 11:

13) Defendant Curry violated Plaintiffs First Amendment right to be free from retaliation in exercise of Federal protected rights guaranteed under the U.S. Constitution. In addition, Defendant Curry subjected Plaintiff to cruel and unusual punishment and violated Plaintiffs Eigth Amendment right.

14) Specifically, Defendant Curry retaliated against Plaintiff by submitting false disciplinary charges because Plaintiff filed a sexual harassment claim three days prior. Defendant Curry submitted false disciplinary charges against Plaintiff.

15) Specifically, Defendant Curry inflicted cruel and unusual punishment against Plaintiff when he spitefully placed Plaintiff in handcuffs extremely tight and forcefully escorted him to the program office causing him to nearly fall to the ground. Defendant Curry put handcuffs on Plaintiff excessively tight because Plaintiff had previously filed a complaint against him three days prior. Defendant Curry refused to remove or loosen handcuffs and kept Plaintiff in tight handcuffs behind the back for over an hour and a half, despite being secured in a holding cell.

<u>PUNITIVE DAMAGES</u>

16) Defendant Curry as specifically shown, has displayed a propenisty and intentional will to act outside the scope of his duties as a Peace Officer. Therefore, with the evidence clearly shown, the Court must award punitive damages three times (Treble) the monetary compensation againt Defendant Curry, as just and equitable casual connection to an official, that is out of control, lacking any suitable candor, and exhibits wanton displays of oppressive bullying and possible racism.

17) Plaintiff has met his burden by the preponderence of the evidence that Defendant Curry has shown conduct motivated by evil motive or intent or that involves reckless or callous disregard to Plaintiffs federally protected rights, acts or omissions which are malicious, wanton, or oppressive supports an award of punitive damages.

18) Defendant Curry retaliated against because: 1) Plaintiff filed a grievance complaint; 2) Defendant Curry took adverse action against him by submitting a false Rules Violation Report; 3) Defendant Curry took adverse action against Plaintiff to punish

him for filing a grievance claim against him; 4) Defendant Curry's actions was intended to put fear in Plaintiff and prevent him from filing future claims; 5) Defendant Curry actions did not advance any correctional goals nor was his intentions based on any penological interest. In fact, Defendant Curry abused his authority and falsified legal documents which is unlawful and forbidden.

19) Defendant Curry acts, as alleged herein, resulted in cruel and unusual punishment and retaliation and knew that a disciplinary charge would deprive Plaintiff of priveleges and loss of credit. As a direct result of tight handcuffs Plaintiff now suffers from chronic pain to both wrist and has developed potential arthritis and permanent marks. In addition, Plaintiff suffered and endured physical, mental, and emotional distress and lives in daily fear of retaliation.

20) WHEREFORE, Plaintiff prays for a judgment against Defendant Curry as follows:

  1) For general damages according to proof;

  2) For special damages according to proof;

  3) For punitive damages according to proof;

  4) For reasonable attorney fees pursuant to:

  5) For cost of suit; and

  6) For any such other relief as the court may deem just and proper;

  7) Demand for a Jury Trial.

I, **Ray Brown** declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 30TH day of DEC 2021, At California Substance Abuse Treatment facility in Corcoran, California 93212.

PLAINTIFF (In propia persona

PAGE 6 OF 6

Name: __RAY BROWN__
CDC No: __G-59434__
Address: __POST OFFICE BOX 5242__
__CORCORAN, CALIFORNIA 93212__

RECEIVED
NOV 22 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**RAY BROWN**

        Plaintiff/Petitioner,

v.

**J. CURRY**

        Defendants/Respondent.
_____/

CASE NUMBER:

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

    I, __RAY BROWN__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  __XX__ Yes  __ No  (If "no" DO NOT USE THIS FORM)

    State the place of your incarceration. __CAL. SUBSTANCE ABUSE TREATMENT FACILITY__

2. Are you currently employed (includes prison employment)?  __ Yes  __XX__ No

    a. If the answer is "yes" state the amount of your pay. _____

    b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

    a. Business, profession, or other self-employment:  __ Yes  __XX__ No

    b. Rent payments, interest or dividends:  __ Yes  __XX__ No

    c.    Pensions, annuities or life insurance payments:     __ Yes     _XX_No

    d.    Disability or workers compensation payments:     __ Yes     _XX_No

    e.    Gifts or inheritances:     __ Yes     _XX_No

    f.    Any other sources:     __ Yes     _XX_No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4.    Do you have cash (includes balance of checking or savings accounts)?     __ Yes   **XX**No

If "yes" state the total amount: _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     __ Yes     **XX**No

If "yes" describe the property and state its value: _____N/A_____

6.    Do you have any other assets?     __ Yes     _XX_No

If "yes," list the asset(s) and state the value of each asset listed: _____

7.    List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

_____
_____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

__11/5/21__
DATE

__[signature]__
SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $__0.37__ on account to his/her credit at ____CSATF____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $__39.70__. I further certify that during the past six months the average monthly deposits to the applicants account was $__49.17__.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

__11/16/21__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICER

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: NOV 16 2021
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ____
TRUST OFFICE

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| G59434 | BROWN, RAY | SATF | D 001 2 | 234001 |

**Current Available Balance:** $0.37

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 05/16/2021 | SATF | BEGINNING BALANCE | | | | $0.07 |
| 07/14/2021 | SATF | JPAY | 0000000133015092 | | $40.00 | $40.07 |
| 07/14/2021 | SATF | RESTITUTION FINE PAYMENT | 0000000133015092 | | ($20.00) | $20.07 |
| 07/14/2021 | SATF | ADMINISTRATIVE FEE | 0000000133015092 | | ($2.00) | $18.07 |
| 07/26/2021 | SATF | KIOSK REQUEST | | | ($3.50) | $14.57 |
| 07/26/2021 | SATF | SALES | 65 | | ($13.70) | $0.87 |
| 08/04/2021 | SATF | JPAY | 0000000133678313 | | $25.00 | $25.87 |
| 08/04/2021 | SATF | RESTITUTION FINE PAYMENT | 0000000133678313 | | ($12.50) | $13.37 |
| 08/04/2021 | SATF | ADMINISTRATIVE FEE | 0000000133678313 | | ($1.25) | $12.12 |
| 08/07/2021 | SATF | KIOSK REQUEST | | | ($0.50) | $11.62 |
| 08/12/2021 | SATF | SALES | 12 | | ($9.85) | $1.77 |
| 08/23/2021 | SATF | JPAY | 0000000134284703 | | $10.00 | $11.77 |
| 08/23/2021 | SATF | RESTITUTION FINE PAYMENT | 0000000134284703 | | ($5.00) | $6.77 |
| 08/23/2021 | SATF | ADMINISTRATIVE FEE | 0000000134284703 | | ($0.50) | $6.27 |
| 09/08/2021 | SATF | JPAY | 0000000134804097 | | $50.00 | $56.27 |
| 09/08/2021 | SATF | RESTITUTION FINE PAYMENT | 0000000134804097 | | ($25.00) | $31.27 |
| 09/08/2021 | SATF | ADMINISTRATIVE FEE | 0000000134804097 | | ($2.50) | $28.77 |
| 09/09/2021 | SATF | JPAY | 0000000134824738 | | $50.00 | $78.77 |
| 09/09/2021 | SATF | RESTITUTION FINE PAYMENT | 0000000134824738 | | ($25.00) | $53.77 |
| 09/09/2021 | SATF | ADMINISTRATIVE FEE | 0000000134824738 | | ($2.50) | $51.27 |
| 09/15/2021 | SATF | SALES | 32 | | ($44.55) | $6.72 |
| 09/25/2021 | SATF | JPAY | 0000000135307744 | | $60.00 | $66.72 |
| 09/25/2021 | SATF | RESTITUTION FINE PAYMENT | 0000000135307744 | | ($30.00) | $36.72 |
| 09/25/2021 | SATF | ADMINISTRATIVE FEE | 0000000135307744 | | ($3.00) | $33.72 |
| 10/11/2021 | SATF | JPAY | 0000000135832720 | | $60.00 | $93.72 |
| 10/11/2021 | SATF | RESTITUTION FINE PAYMENT | 0000000135832720 | | ($30.00) | $63.72 |
| 10/11/2021 | SATF | ADMINISTRATIVE FEE | 0000000135832720 | | ($3.00) | $60.72 |
| 10/12/2021 | SATF | SALES | 9 | | ($49.05) | $11.67 |
| 10/18/2021 | SATF | KIOSK REQUEST | | | ($7.00) | $4.67 |
| 11/10/2021 | SATF | LEGAL COPY | 11/05/2021 | | ($4.30) | $0.37 |

### Encumbrance List

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: NOV 16 2021
CALIFORNIA DEPARTMENT OF CORRECTION
BY _____
TRUST OFFICE

2

Date\Time: 11/16/2021 8:41:39 AM
Institution: SATF

CDCR
Inmate Statement Report

Verified:

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | F09900676 | Fulfilled | $800.00 | $0.00 | $0.00 | $0.00 |
| FINE PC 1202.45 | F09900676 | Active | $800.00 | $0.00 | $0.00 | $800.00 |
| RESTITUTION FINE | CRM028783 | Active | $1,920.00 | $0.00 | ($147.50) | $1,259.63 |
| RESTITUTION FINE | 14CM7310B | Active | $300.00 | $0.00 | $0.00 | $300.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: NOV 1 6 2021
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY (signature) TRUST OFFICE

3

Date\Time: 11/16/2021 8:41:39 AM  
Institution: SATF

**CDCR** Verified  
**Inmate Statement Report**

| Start Date: | 5/16/2021 | Revalidation Cycle: | All |
|---|---|---|---|
| End Date: | 11/16/2021 | Housing Unit: | All |
| Inmate/Group#: | G59434 | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: NOV 1 6 2021
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

1

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C § 1746)

I, __RAY BROWN__, declare:

I am over 18 years of age and a party to this action. I am a resident of __SUBSTANCE ABUSE TREATMENT FACILITY__ Prison, in the county of __KINGS__, State of California. My prison address is: __P.O BOX 5242   CORCORAN, CA  93212__.

On __JANUARY 26 2022__
         (DATE)

I served the attached: __REQUEST TO PROCEED IN FORMA PAUPERIS; SIX (6) MONTH CERTIFIED TRUST ACCOUNT STATEMENT; IN RE: BROWN V. CURRY DECLARATION OF RAY BROWN   42 U.S.C §1983 COMPLAINT__
                                    (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S EASTERN DISTRICT COURT OF CALIFORNIA
2500 TULARE ST.
FRESNO, CA 93721

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __1-26-22__
                (DATE)

_____
(DECLARANT'S SIGNATURE)